

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00380-CR

NITEROI D. THOMAS, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 21st District Court of Lee County (Tr. Ct. No. 8047)

**TO THE 21ST DISTRICT COURT OF LEE COUNTY, GREETINGS:**

Before this Court, on the 15th day of October, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

Appellant, Niteroi D. Thomas, has neither paid nor made arrangements to pay the fee for preparing the clerk's record. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed for want of prosecution.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered October 15, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

December 22, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

